NY2d 557, 562; *Miracle Plywood Corp. v Nepperhan Realty Corp.,* 171 AD2d 847).

Defendant's counterclaims, which arise out of plaintiff's alleged conduct as an employee of defendant, are not sufficiently related to the action on the note to preclude summary judgment in plaintiff's favor *(see, Logan v Williamson & Co.,* 64 AD2d 466, 469-470, *appeal dismissed* 46 NY2d 996; *Santoiemmo v Syracuse Paper & Twine Co.,* 52 AD2d 721, *lv denied* 39 NY2d 709), and the record provides no reason to stay execution on plaintiff's judgment *(see, Logan v Williamson & Co., supra,* at 470; *cf., Marx v LaRouche,* 152 AD2d 927). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.—Breach of Contract.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

■ DAVID J. MCMANN, Respondent, v BALLANTYNE MARINE, INC., Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present —Green, J. P., Pine, Balio, Boehm and Davis, JJ.

■ DAVID J. MCMANN, Respondent, v K.L. TRAILER SALES, INC., Appellant. (Appeal No. 3.)—Judgment unanimously affirmed without costs. Same Memorandum as *McMann v Ballantyne Mar.* (182 AD2d 1131 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Calvaruso, J.— Breach of Contract.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

103 DAVID J. MCMANN, Respondent, v K.L. TRAILER SALES, INC., Appellant. (Appeal No. 4.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present —Green, J. P., Pine, Balio, Boehm and Davis, JJ.

104 JOSEPH MACMASTER, Respondent, v JOSEPH SARDINA, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, McGowan, J.—Change of Venue.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.

■ JOSEPH MACMASTER, Respondent, v JOSEPH SARDINA, Appellant. (Appeal No. 2.)—Order unanimously reversed on the law without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Mem-